**Edward March, Appellant, v. Morry Hirshman, Appellee.**

Gen. No. 46,808.

First District, Third Division.

June 29, 1956.

Released for publication September 12, 1956.

Peter S. Sarelas, for appellant; Berchem, Schwantes & Thuma, for appellee. Opinion by JUDGE KILEY. Not to be published in full.